## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

SHARON JETER                                                                                               PLAINTIFF

vs.                                          CASE NO. 3:11cv00183 JMM

UNITED AMERICAN INSURANCE COMPANY                                          DEFENDANT

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The jury trial scheduled February 4, 2013, is canceled. All pending motions are moot.

The complaint and all claims in this action are hereby dismissed with prejudice.

If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 18th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE